United States District Court
Central Illinois Division

E-FILED
Wednesday, 10 May, 2017 08:39:33 AM
Clerk, U.S. District Court, ILCD

Page1

Mambu Fulgham ) Complaint
Y-10213 )
- Plaintiff - ) case No: 17-3124 SEM
- V - )
Kathy Ashcraft )
Warden Watson )
John Baldwin )
Bruce Ranuer )
Chrissy Smith )
Wexford Health Sources, Inc. )

FILED
MAY 08 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

This is a civil rights actions filed by, a State prisoner for damages and injuntive relief under 42 U.S.C.§ 1983, alleging constitutional violations under the 8th Amendment of the constitution of the United States. Where the Standers of medical treatment and A.D.A. 42 U.S.C.§ 12132 of (29) 29 U.S.C.§ 794 (Section 504), As where the Standard of confiment at I.D.O.C./Western Illinois Correctional Center are incompatible with the envolving standards of human decency and the 8th Amendment prohibition against cruel and (usual) unusual punishment and the denial of the basic nessities of civilized human deceny.

The court has jurisdiction over the plaintiffs claim of violations of Federal constitutional rights under 42

Page 2

U.S.C § 1331(1) and 1343. The court has suplemental jurisdiction over the plaintiff's State law tort claim under 28 U.S.C. § 1367.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Mambu Fulgham

Prison Identification Number: Y-10213

Current address: 2500 Rt. 99 South

mt. Sterling, IL 62353

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Kathy Ashcraft

Current Job Title: Health care Administrator And A.D.A. coordinator of W.I.C.C.

Current Work Address 2500 Rt. 99 South

Defendant #2:

Full Name: Watson

Current Job Title: #1 warden of Western Illinois Corr.

Current Work Address 2500 Rt. 99 South

Mt. Sterling, IL 62353

Defendant #3:

Full Name: John Baldwin

Current Job Title: Director of Illinois Department of Corr.

Current Work Address 1301 concordia Couet
Springfield, IL 62794

Defendant #4:

Full Name: Bruce Ranuer

Current Job Title: 207 State Captiol Governor

Current Work Address 207 State captiol
Springfield, IL 62706

Defendant #5:

Full Name: Wexfoed Heatth Sources, Inc.

Current Job Title: medical provider to Western Ill. Corr.

Current Work Address Foster Plaza 4 501 Holiday drive
Pittsburgh, PA 15220

*For additional defendants, provide the information in the same format as above on a separate page.*

Defendants on back page →

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case? Yes ☐ No ☒

If yes, please describe ______

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐ No ☒

C. If your answer to B is yes, how many? ______ Describe the lawsuit(s) below.

Defendant

# 6

Name: Chrissy Smith

Job title: Nurse practioner

Address: 2500 Rt. 99 South

Mt. Sterling, IL 62353

1. Name of Case, Court and Docket Number ______

2. Basic claim made ______

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) ______

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☒ No ☐

If your answer is no, explain why not ______

C. Is the grievance process completed? Yes ☒ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence Western Illinois Correctional Center

# Statement of Claim



(1) I, plaintiff arrived at W.I.CC. prison on Jan. 26, 2016 with A minor Eye problem.

(2) over the course of time it has torn into A serious glacoma eye condition and have been legally labeled blind.

(3) Ive sent Kathy Ashcraft notice of my condition, which is not able to see, Restricted movements and to be declared AS A A.DA. to Receive help writing, etc.

(4) Ive not Heard or Receive A notice of my A.D.A Accommodation which would able me to write family and take college classes to better myself.

(5) It has gone so far As to me not receiving my medication on time, causing seriously Amount of pressure to build up on my eyes, leaving me in pain days on end.

(6) Plaintiff had help Filing a grievance, that was sent back to me Stating I had to do it myself, as well as officals Refusing to help me complete the task.

(7) Ive seen Christy Smith, who works For wexford Health Sorces, Inc, providing medical care to me at W.I.CC. Wexford Health Sorces Inc has policies, Rules and Regulations in place surrounding Health care, that base the treatment on cost, establishing A violation of my Rights, due to Chrissy Smith denying me medical treatment by not referring me to the A.D.A. coordinator For further treatment. causing unwanton infliction of pain and suffering.

(8) I sent my Response to John Baldwin and Beyre Ranuer showing my grievance was being denied and that officals At W.I.C.C. Was in violation of Federal constitution Rights and A.D.A. Act. I'u heard nothing back From them, leaving me to develop A Knot directly on my (left) left eye, in which I dont know what it is if my condition is wrost or what.

(9) The plaintiff has no plain, adequate or complete Remedy at law to redress the wrongs described herein.. Plaintiff has and will continue to be irreparably injured by the conduct of the defendants unless this covet grants the declaratory and injunctive relief which plaintiff seeks.

Count 1: Kathy Ashcraft in violation of plaintiff 8th Amendment Right; cruel and unusual piunshment, deliberate indifference to a serious medical needs, and violation of plaintiff Right unde the A.D.A. Act.

count 2: Warden Watson is A Defendant due to plaintiff Injunctive Relief Request.

count 3: John Baldwin is in violation of plaintiff 8th Amendment Right; Failure to protect, harsh living conditions, cruel and unusual puinshment, deliberate indifference to a serious medical need, A.D.A. Act violation

count 4: Bruce Rauner is in violation of plaintiff 8th Amendment right; Failure to protect, deliberate indifference to a serious medical need, harsh living condition's.

count 5: Chrissy Smith in violation of plaintiff 8th Amendment Right; cruel and unusual punishment, deliberate indifference to a serious medical need.

count 6: Wexford Health Sources, Inc, in violation of plaintiff 8th Amendment Right; cruel and unusual punishment and deliberate indifference to serious medical need for basing treatment on cost.

## Relief Requested

Wherefore, plaintiff respectfully prays that this court enter judgement granting plaintiff:

1. A Declaration that the acts and omissions described herein violated plaintiff's Rights under the Constitution and laws of united States.
2. Compensatory damages set in the Amount by Judge or Jury.
3. Punitive damages Set in the Amount by Judge or Jury.
4. Plaintiff cost in this suit
5. A preliminary and or permanent injunction ordering defendants John Baldwin to send plaintiff to Lincoln to receive needed and A.D.A. Accommodations, Warden

Watson to Force medical to uphold thire medical duties in thire individual and offical capcity by providing medical treatment. Wexford Health Sources, Inc to provided Needed A.D.A Accommodation to substain Normal life activities, due to Wexford will provide medical treatment at every prison in Illinois. ~~Bruce Rauner~~ (to issue A ensure I plaintiff is ~~[illegible]~~ not discriminated against under the A.D.A.) ~~[illegible]~~ Kathy Ashcraft to issue Slow walk, Slow eating permit, legally blind permits, and assign a individual to me for writing, etc that I need help doing.

(6)

RELIEF REQUESTED

(State what relief you want from the court.)

(6) Any additional relief this court deems just, proper, and equitable

JURY DEMAND Yes ☒ No ☐

Signed this 2 day of May, 2017.

Mambo Fulgham
(Signature of Plaintiff)

| Name of Plaintiff: Mambo Fulgham | Inmate Identification Number: Y-10213 |
|---|---|
| Address: 2500 Rt. 99 South Mt. Sterling, IL 62353 | Telephone Number: N/A |

United States District
Central Illinois Division

mambu Folgham )
Y-10213 ) Summons
—V— )
Wexford Health Sources,) Case NO: ______________
Inc, et, Al )

—To the ABOVED - NAMED Defendants

You are hereby summoned and required to serve upon plaintiff, whose address is 2500 Rt.99 South Mt. Sterling, IL 62353 an answer to the complaint which is herewith served upon you, exclusive within 20 days after service of this summon upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer) agent thereof is a defendant. If you fail to do so, judgment by default will be takin against you for the Relief demanded in the complaint

______________________
clerk of court

______________________
Date

MaMbo Folgham Y-10213
2500 Rt. 99 South
Mt. Sterling, IL 62353

THIS
CORRESPONDENCE
IS FROM INMATE OF
IDOC

Hasler
US POSTAGE $000.42º
ZIP 62353
011E11773363
FOREVER
USA


Bank Swallow

legal Mail

United States District Court
Central Illinois Springfield Division
600 E. Monroe Street
Room 151
Springfield, IL 62701

62701$1660 C009

© USPS 2012
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
FSC MIX Paper

legal Mail